UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>               Plaintiff,<br><br>   v.<br><br>TULARE COUNTY DISTRICT ATTORNEY,<br><br>              Defendant. | Case No. C13-2202-RAJ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's motion for leave to proceed in forma pauperis ("IFP") (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and order:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's Motion for Leave to Proceed IFP (Dkt. 1) is **DENIED**.

3. The proposed complaint is **DISMISSED** with prejudice.

4. The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 14th day of Jan, 2014.

RICHARD A. JONES
United States District Judge

ORDER OF DISMISSAL - 1